UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIEN EDWARD SMITH, | No.  2:13-cv-1713 WBS AC PS |
| Plaintiff, | |
| v. | ORDER |
| LOWE'S HIW, INC., ET AL., | |
| Defendants. | |

On November 4, 2013, plaintiff's motion to amend the complaint was granted.  Plaintiff has yet to file an amended pleading.  Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an amended complaint on or before January 21, 2014.  Failure to file an amended complaint shall result in a recommendation that this action be dismissed.

2. The February 5, 2014 scheduling conference is vacated from calendar until further court order.

DATED: January 7, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1